UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAMS ADVANCED MATERIALS, INC.,

            Plaintiff,

v.

TARGET TECHNOLOGY COMPANY, LLC,

            Defendant and
            Third-Party Plaintiff,

v.

CINRAM INTERNATIONAL, INC., et al.,

            Third-Party Defendants.

**ORDER**

03-CV-00276(A)(M)

---

        Before me is the motion of Patrick J. Norton, Esq., for admission *pro hac vice* on behalf of plaintiff Williams Advanced Materials, Inc. ("Williams") [347]. The motion materially complies with the requirements of Rule 83.1(i) of the Local Rules of Civil Procedure for the Western District of New York. Accordingly, it is hereby

        ORDERED that, upon the payment of the admission fee pursuant to Local Rule 83.1(l) and registration with the Court's Electronic Case Filing ("ECF") system, Patrick J. Norton, Esq., may appear in this action *pro hac vice* on behalf of plaintiff Williams.

**SO ORDERED.**

Dated: October 20, 2009

                                            /s/ Jeremiah J. McCarthy
                                            JEREMIAH J. MCCARTHY
                                            United States Magistrate Judge