UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAMS ADVANCED MATERIALS, INC., <br>    *Plaintiff,* <br> -vs- <br><br>TARGET TECHNOLOGY COMPANY, LLC, <br>    *Defendant and* <br>    *Third-Party Plaintiff,* <br><br> -vs- <br><br>CINRAM INTERNATIONAL, INC., individually and as successor in interest to Warner Advanced Media Operations and WEA Manufacturing, DELUXE MEDIA SERVICES, INC., HIGH SPEED VIDEO, INC., INTERNATIONAL DISC MANUFACTURER, INC., JVC DISC AMERICA COMPANY, NATIONAL FILM LABORATORIES d/b/a CREST NATIONAL OPTICAL STORAGE MEDIA, REPLITECH, INC., SYMCON, TAPEMATIC USA, and TAKASAKI CORP. OF AMERICA, <br><br>    *Third-Party Defendants.* | Civil Action Nos. <br>1:03-cv-00276-RJA-JJM <br>1:03-cv-00280-RJA-JJM <br>1:09-cv-00096-RJA-JJM |

**CONSENT ORDER OF DISMISSAL AS BETWEEN WILLIAMS ADVANCED MATERIALS, INC. AND TARGET TECHNOLOGY COMPANY, LLC.**

Plaintiff WILLIAMS ADVANCED MATERIALS, INC. and Defendant and Third-Party Plaintiff TARGET TECHNOLOGY COMPANY, LLC, each by and through such party's counsel of record, and as between themselves, stipulate as follows:

  1. All claims and counterclaims asserted in this action by Williams Advanced Materials, Inc. against Target Technology Company, LLC, or by Target Technology

Company LLC against Williams Advanced Materials, Inc., are hereby dismissed with prejudice.

2. The motion, for an order imposing sanctions, filed by Plaintiff WILLIAMS ADVANCED MATERIALS, INC., against Defendant and Third-Party Plaintiff TARGET TECHNOLOGY COMPANY, LLC, and now pending in this Action, is hereby withdrawn. The Court hereby declines to hear said motion and dismisses it.

3. Plaintiff WILLIAMS ADVANCED MATERIALS, INC. hereby stipulates that each of United States Patent Nos. 6,007,889; 6,280,811; 6,544,616; 6,852,384; 6,841,219; 6,896,947; 6,905,750; 7,314,659; 7,314,660; 6,451,402; 6,764,735; and 6,790,503 was lawfully issued, is legally valid and is enforceable and is in full force and effect; and Third Party Plaintiff TARGET TECHNOLOGY COMPANY, LLC, is, has always been and continues to be the sole owner thereof, and has good title thereto, free of any claim thereto by any third party.

4. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this Action.

SO ORDERED, this ____ day of _____, 2010

_____
Hon. Richard J. Arcara, Chief Judge
United States District Court

HISCOCK & BARCLAY, LLP

Date: April 8, 2010

By: /s/Calvin P. Griffith
Douglas J. Nash
John D. Cook
300 South State Street, P.O. Box 4878
Syracuse, New York 13202-4878

Tel: (315) 425-2828
Fax: (315) 703-7364
Email: dnash@hblaw.com
Email: jcook@hblaw.com

-and-

Calvin P. Griffith (*pro hac vice*)
Patrick J. Norton (*pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
Email: cpgriffith@jonesday.com
Email: pjnorton@jonesday.com

***Attorneys for Plaintiff Williams Advanced Materials, Inc***

|  |  |
|---|---|
|  | WOODARD, EMHARDT, MORIARTY, McNETT & HENRY LLP |
| Date: <u>April 8, 2010</u> | By: <u>/s/Spiro Bereveskos</u><br>Spiro Bereveskos (*pro hac vice*)<br>Stephen E. Zlatos (*pro hac vice*)<br>Kurt N. Jones (*pro hac vice*)<br>111 Monument Circle, Suite 3700<br>Indianapolis, Indiana 46204-5137<br>Tel: (317) 634-3456<br>Fax: (317) 637-7561<br>Email: judy@uspatent.com |

Ken E. Steelman (*pro hac vice*)
CORBET, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Tel: (949) 553-9266
Fax: (949) 553-8454
Email: ksteelman@corbsteel.com

-and-

Cheryl Smith Fisher
MAGAVERN, MAGAVERN & GRIMM, LLP
1100 Rand Building
14 Lafayette Square
Buffalo, New York 14203-1928
Tel: (716) 856-3500
Fax: (716) 856-3390
Email: cfisher@magavern.com

***Attorneys for Defendant/Third-Party Plaintiff***

COPIES TO:
Spiro Bereveskos
judy@uspatent.com
Steve Zlatos
stevezlatos@uspatent.com
Kurt N. Jones
kjones@uspatent.com
Thomas B. Cronmiller
tcronmiller@hiscockbarclay.com
John D. Cook
jcook@hiscockbarclay.com
Gabriel M. Nugent
gnugent@hiscockbarclay.com
Douglas J. Nash
dnash@hiscockbarclay.com
Ronald S. Kareken
rkareken@hiscockbarclay.com
Christopher E. Blank
cblank@hiscockbarclay.com
David L. Aronoff
daronoff@winston.com
Ivan S. Kavrukov
lkavrukov@cooperdunham.com
Tonia A. Sayour
tsayour@cooperdunham.com
Ken E. Steelman
ksteelman@corbsteelman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2010 the foregoing Consent Order was filed using the CM/ECF system. Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system:

Thomas B. Cronmiller
tcronmiller@hiscockbarclay.com

John D. Cook
jcook@hiscockbarclay.com

Douglas J. Nash
dnash@hiscockbarclay.com

Ronald S. Kareken
rkareken@hiscockbarclay.com

Christopher E. Blank
cblank@hiscockbarclay.com

Ivan S. Kavrukov
lkavrukov@cooperdunham.com

Tonia A. Sayour
tsayour@cooperdunham.com

Calvin P. Griffith
cpgriffith@jonesday.com

Patrick J. Norton
pjnorton@jonesday.com

/s/Spiro Bereveskos